724

Submitted on record and briefs June 30, sentence vacated; remanded for resentencing; otherwise affirmed July 27, 2005

STATE OF OREGON,
*Respondent,*

*v.*

SHERRY LEE TRUE,
*Appellant.*

02-1249; A122376

117 P3d 278

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Jamesa J. Drake, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Steven R. Powers, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder* and Schuman, Judges.

PER CURIAM

Sentence vacated; remanded for resentencing; otherwise affirmed. *State v. Jenkins,* 199 Or App 384, 111 P3d 782 (2005); *State v. Perez,* 196 Or App 364, 102 P3d 705 (2004), *rev allowed,* 338 Or 488 (2005); ORS 138.222(5).

---

* Linder, J., *vice* Richardson, S. J.